IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY DONELL LOVE,          )
                            )
     Plaintiff              )
                            )      CIVIL ACTION NO.
     v.                     )       2:14cv621-MHT
                            )          (WO)
AUTUMN LEANNE ALBRIGHT,     )
                            )
     Defendant.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the adequacy of the representation provided to him in a state-court proceeding by a court-appointed attorney.   This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2014.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE