IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY DONELL LOVE,            )
                              )
    Plaintiff                 )
                              )   CIVIL ACTION NO.
    v.                        )     2:14cv621-MHT
                              )         (WO)
AUTUMN LEANNE ALBRIGHT,       )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 7) is adopted.

(2) Plaintiff's request for intervention by this court in the pending state criminal proceeding is denied without prejudice.

(3) This lawsuit is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(i) & (ii).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of July, 2014.


                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE